## Oaks v. Commonwealth.

Sept. 29, 1944.

Henry L. Rudd and Leebern Allen for appellants.

Eldon S. Dummit, Attorney General, and M. J. Sternberg, Assistant Attorney General, for appellee.

OPINION OF THE COURT BY CHIEF JUSTICE FULTON— Dismissing Appeal.

The punishment of the appellants was fixed at a fine of forty dollars and imprisonment for thirty days upon their conviction for violation of the local option law. They have made a motion for an appeal.

This court is without jurisdiction of an appeal in a misdemeanor case where the fine is less than fifty dollars or where the imprisonment does not exceed thirty days. Criminal Code of Practice, sec. 347; Hodge v. Com., 200 Ky. 125, 252 S. W. 576; Compton v. Com., 270 Ky. 51, 109 S. W. 2d 16; Murphy v. Com., 275 Ky. 318, 121 S. W. 2d 704.

The appeal is dismissed.